No. 1037. STEINER v. UNITED STATES. June 14, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Warren O. Coleman* for petitioner. *Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. Oscar A. Provost* and *Miss Melva M. Graney* for the United States.

No. 1038. TIEDEMANN ET AL. v. ESTODURAS STEAMSHIP Co., INC. June 14, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Charles Recht* for petitioners. *Mr. P. A. Beck* for respondent.

No. 1042. DAVIS, TREASURER, ET AL. v. DINNY & ROBBINS, INC. June 14, 1943. Petition for writ of certiorari to the Court of Appeals of New York denied. *Mr. Simon J. Liebowitz* for petitioners. *Messrs. Samuel J. Robbins* and *Sidney O. Raphael* for respondent.

No. 1052. MOLZAHN v. UNITED STATES. June 14, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Francis Fisher Kane* and *James W. Carpenter* for petitioner. *Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. Robert S. Erdahl* for the United States.

No. 968. BENGUET CONSOLIDATED MINING Co. v. PERKINS ET AL. June 14, 1943. Petition for writ of certiorari to the District Court of Appeals, First Appellate Dis-